## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC R. MARCH, JR. AND DINA MARCH | : | CIVIL ACTION NO. |
| Plaintiffs, | | |
| | : | |
| V. | : | JURY TRIAL DEMANDED |
| | : | |
| THE UNITED STATES OF AMERICA | : | |
| Defendant | : | DECEMBER 6, 2017 |

## COMPLAINT

### INTRODUCTION

The plaintiffs, ERIC R. MARCH, JR. and DINA MARCH bring this action against the United States Government pursuant to the Federal Tort Claims Act, to recover for the severe, serious, painful and permanent injuries to ERIC R. MARCH, JR. and DINA MARCH, (for loss of consortium) as result of the negligence of Dr. Robert Franklin Berke Schlessel at the Veterans Administration Hospital in West Haven, Connecticut and/its servants, agents, apparent agents and/or employees.

### JURISDICTION AND VENUE

1.      This court has jurisdiction over plaintiffs' claims against the United States pursuant to 28 U.S.C. § 1346(b)(1).

2.      The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.      Venue is proper pursuant to 28 U.S.C.A. § 1402(b) because the plaintiff resides in Connecticut and the negligence of the defendant occurred in Connecticut.

**PARTIES**

4.      Plaintiffs, ERIC R. MARCH, JR. and DINA MARCH are citizens of the State of Connecticut.

5.      At all times mentioned herein, the Veterans Administration Hospital, located in West Haven, Connecticut was owned, operated and financed by the defendant, THE UNITED STATES OF AMERICA.

6.      At all times mention herein, Robert Franklin Berke Schlessel was a servant, agent, apparent agent and/or employee of the defendant, THE UNITED STATES OF AMERICA, working at the West Haven Veterans Administration Hospital.

**COUNT ONE:**
**ERIC R. MARCH, JR. V. THE UNITED STATES OF AMERICA**

7.      Commencing on or about June 15, 2015 and continuously to on or about June 20, 2015, Dr. Robert Franklin Berke Schlessel and/or his servants, agents, apparent agents and/or employees at the West Haven Veteran Administration Hospital undertook the care, treatment, diagnosing, monitoring and supervision of the plaintiff, ERIC R. MARCH, JR.

8.      While under the care, treatment, monitoring, diagnosing, and supervision of the West Haven Veteran Administration Hospital and its servants, agents, apparent agents and/or employees, ERIC R. MARCH, JR. suffered severe, serious, painful, and permanent injuries as hereinafter set forth in Paragraph 10.

9.     The said injuries suffered by ERIC R. MARCH, JR. were caused by the failure of the defendant, THE UNITED STATES OF AMERICA and its servants, agents, apparent agents and/or employees at the West Haven Veterans Administration Hospital to exercise reasonable care under all of the facts and circumstances then and there present in that they:

       a.     failed to adequately and properly care for, treat, diagnose, monitor and supervise ERIC R. MARCH, JR. during the operation on June 15, 2015;

       b.     failed to timely recognize an intra-operative bowel injury had occurred;

       c.     failed to timely repair the bowel injury;

       d.     failed to recognize that ERIC R. MARCH, JR. was at increased risk of bowel injury due to extensive lysis of adhesions;

       e.     improperly allowed ERIC R. MARCH, JR. to be discharged home with a rising white blood cell count;

       f.     failed to work-up the rising white blood cell count prior to discharging ERIC R. MARCH, JR. home;

       g.     improperly allowed ERIC R. MARCH, JR. to be discharged home with abdominal distention and/or perineal swelling;

       h.     failed to work-up the abdominal distention and/or perineal swelling prior to discharging ERIC R. MARCH, JR. home;

       i.     failed to provide physicians and surgeons who possess the requisite knowledge, skill, and experience to adequately and properly care for, treat, diagnose, monitor and supervise patients such as ERIC R. MARCH, JR.;

       j.     failed to promulgate and/or enforce rules, regulations, standards and protocols for the care and treatment of patients such as ERIC R. MARCH, JR.

10.     As a result of the carelessness and negligence of THE UNITED STATES OF AMERICA and its servants, agents, apparent agents and/or employees, ERIC R. MARCH, JR. suffered the following severe, serious, painful, and permanent injuries:

  a. perforated viscus;

  b. bowel leak;

  c. free intra-abdominal air;

  d. leakage of feculent fluid and bowel contents into the abdominal-peritoneal cavity;

  e. peritonitis;

  f. severe intra-abdominal infection;

  g. abdominal cellulitis;

  h. severe leukocytosis;

  i. infected mesh;

  j. intra-abdominal abscesses;

  k. extensive antibiotic therapy;

  l. wound vac therapy with multiple changes;

  m. protracted healing period required to close the abdominal wound;

  n. need for total parenteral nutrition;

  o. frequent surgery and medical procedures;

  p. extended hospital stays;

  q. nosocomial infection;

  r. diastasis of the rectus musculature;

  s. non-functioning abdominal wall;

  t. loss of core musculature;

  u. loss of core strength;

  v. loss of abdominal muscle wall to protect internal organs;

  w. muscle atrophy;

  x. muscle weakness;

  y. severe debilitation;

  z. large, broad-based ventral abdominal hernia;

4

aa.    back pain;

bb.    back locks up in spasm;

cc.    collapse of spinal column;

dd.    brace required to support back and hold internal organs in;

ee.    difficulty with activities of daily living;

ff.    difficulty standing for long periods of time;

gg.    difficulty sitting upright for long periods of time;

hh.    frequent need to lie down;

ii.    difficulty getting up from seated position or from lying position;

jj.    inability to perform household and other activities requiring a stable core;

kk.    weight lifting restrictions;

ll.    not able to play with children;

mm.    marital stress;

nn.    disturbance in sexual relations with wife;

oo.    inability to push from the abdomen to evacuate bowels;

pp.    trouble taking a deep breath, sneeze, cough;

qq.    pain and suffering;

rr.    need for pain medication;

ss.    electric shocks that run through his body causing muscle twitching;

tt.    disturbance in sleep;

uu.    post-traumatic stress disorder;

vv.    anxiety;

ww.    depression;

xx.    need for future surgery;

yy.    breakdown of skin over his scar tissue resulting in open wound;

zz.    future need of wheelchair use for deterioration in his back;

aaa.    inability to return to his former job(s);

bbb.    loss of quality of life;

ccc.    extensive scarring;

ddd.    disabled;

eee.    psychological, physiological and neurological sequalae.

11.     As a result of the aforementioned injuries, ERIC R. MARCH, JR., has been permanently deprived of his ability to carry on and enjoy life's activities and his earning capacity has been permanently destroyed.

12.     As a further result of the aforementioned injuries and damages ERIC R. MARCH, JR. has and will incur expenses for medical care and treatment all to his financial loss.

13.     Pursuant to 28 USC § 2675(a), the plaintiffs have satisfied the FTCA exhaustion requirement by filing an Administrative Tort Claim with the Department of Health and Human Services on or about April 19, 2017, having received no notice of final determination on said claim by November 2017.

**COUNT TWO:**
**DINA MARCH V. THE UNITED STATES OF AMERICA**
**(LOSS OF CONSORTIUM AND COMPANIONSHIP)**

1-10.     Paragraphs 1 through 10 are hereby incorporated and made paragraphs 1 through 10 of COUNT TWO.

11.     At all times mentioned herein, the plaintiff, DINA MARCH, is the wife of ERIC R. MARCH, JR.

12.     As a result of the aforesaid occurrences to ERIC R. MARCH, JR., DINA MARCH and has been deprived of the companionship and society of her husband all to her damage.

## PRAYER FOR RELIEF

**WHEREFORE,** the Plaintiff pray for relief as follows:

1. Trial by Jury;

2. Damages in excess of $75,000.00 and

3. Such other and further relief as the Court might deem appropriate.

### THE PLAINTIFFS

BY:        /s/

JOSHUA KOSKOFF, ESQ. CT15619
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 FAIRFIELD AVENUE, 5TH FL.
BRIDGEPORT, CT 06604
TEL NO.: 203-336-4421
FAX NO.: 203-368-3244
jkoskoff@koskoff.com