UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC MARCH, JR. & DINA MARCH, | : | No. 3:17-cv-2028 (VAB) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
|     Defendant. | : | APRIL 21, 2021 |

## BILL OF COSTS

The plaintiffs, pursuant to Local Rule 54(c), hereby submit the following bill of costs:

**Fees of the Clerk and Marshal**

| | |
|---|---|
| Complaint Service | $329.80 |
| Complaint Filing Fee | $400.00 |
| Subpoena for Trial Testimony | $57.80 |

**Fees of the Court Reporter**

| | |
|---|---|
| Scribes, Inc. | $1,096.57 |
| Geomatrix Productions, Inc. | $1,065.32 |
| Falzarano Court Reporters, LLC | $353.30 |
| JSB Advantage Court Reporters | $233.30 |
| US Legal Support | $934.70 |
| Sharon Montini, Court Reporter | $3,682.79 |

**Fees for Copies of Papers**

| | |
|---|---|
| In-house copying ($.20/page) | $579.45 |
| Copy Graphics | $1,261.76 |

**Fees for Witnesses**

| | |
|---|---|
| Darlene Carruthers/Comprehensive Rehabilitation Consultants | $40.00 |
| R. Stephen Smith, MD | $40.00 |
| Gary Crakes, PhD | $40.00 |

                                                                                                    **TOTAL:   $10,114.79**

RESPECTFULLY SUBMITTED,
THE PLAINTIFFS

By:   /s/ct01704
      KATHLEEN L. NASTRI/ ct01704
      KOSKOFF, KOSKOFF & BIEDER, PC
      350 FAIRFIELD AVENUE
      BRIDGEPORT, CT 06604
      TEL./FAX: (203) 336-4421
      (203) 368-3244
      EMAIL: KNASTRI@KOSKOFF.COM

## CERTIFICATION

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

      /s/ct01704
      Kathleen L. Nastri



**STATE MARSHAL BRIAN MEZICK**
THE ATWATER BUILDING, UNIT 1A
35 ELM STREET
NEW HAVEN, CT 06510-0203

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/14/2017 | 3091 |

Koskoff, Koskoff & Beider
350 Fairfield Ave
Bridgeport CT 06604

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| | | Re: Eric R. March Jr., et al v. USA | | |
| Summons | | Served USA via US Attorneys Office in New Haven | 80.00 | 80.00 |
| | | Served USA via certified mail to US Attorney General | | |
| | | Served USA via certified mail to Dept of Health & Human Services | | |
| Travel | | | 5.00 | 5.00 |
| Pages | 210 | Attest Pages | 1.00 | 210.00 |
| Postage | | Certified Mail | 26.40 | 26.40 |
| Endorsements | 21 | | 0.40 | 8.40 |

Phone (203) 684-3100
Fax (203) 608-4355
statemarshal@mezick.com

**Total**  $329.80

Tax ID / EIN: 81-1622196



**STATE MARSHAL ALEX J. RODRIGUEZ**
39 Russ Street
Lower Level
Hartford, CT 06106 US
statemarshal444@gmail.com

**BILL TO**
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

**INVOICE 14888**

**DATE** 10/14/2020   **TERMS** Due on receipt

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/13/2020 | | RE: Eric Marsh, Jr, et al vs United State of America | | | |
| 10/13/2020 | Federal Subpoena | Service Rendered: Supervisor, ECHN Center for Wound Healing | 1 | 57.80 | 57.80 |

Now accepting Credit Card, Cash App, and Zelle payments.
Please call to discuss further

**TOTAL DUE** **$57.80**

## SCRIBES, INC.
*445 GEORGE STREET*
*NEW HAVEN, CONNECTICUT 06511*
*(203) 785-8795*
*FAX(203) 785-9132*
*Employer Identification Number: 06-1241198*

KATHLEEN L. NASTRI, ESQ.
KOSKOFF, KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604

October 24, 2018

**Invoice#** 69589

**Balance:**   $580.67

**Re:** MARCH VS. USA
ROBERT FRANKLIN BERKE-SCHLESSEL, MD
*on* 10/18/18
*by* BONITA COHEN

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF ROBERT FRANKLIN BERKE-SCHLESSEL, MD | |
| ORIG & 1,  100 PAGES @ $4.35 | 435.00 |
| ATTENDANCE FEE | 85.00 |
| JURAT FEE | 15.00 |
| POSTAGE & HANDLING | 11.00 |
| 6.3500% Sales Tax: | 34.67 |

**P l e a s e    R e m i t   - - - >**   **Total Due:**   **$580.67**



| Bill To | | Date | Invoice # |
|---|---|---|---|
| Koskoff, Koskoff & Bieder, P.C.<br>Kathleen Nastri, Esquire<br>350 Fairfield Avenue<br>Bridgeport, CT  06604 | | 10/23/2018 | 10425 |

| Description | Rate | Amount |
|---|---:|---:|
| Re:  March vs. United States of America | | |
| The Video Deposition of<br>Robert Franklin Berke Schlessel, MD recorded October 18, 2018 | 625.00 | 625.00T |
| Professional Courtesy - Discount | -150.00 | -150.00T |
| SUBTOTAL: | | 475.00 |
| Expenses: Auto Mileage & Parking | 27.90 | 27.90 |

Thank you for your business.  Files delivered via emailed link.

Remit To:  Geomatrix Productions, Inc.
EIN:         26-0803275

| | |
|---|---:|
| **Subtotal** | $502.90 |
| **Sales Tax  (6.35%)** | $30.16 |
| **Total** | $533.06 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $533.06 |

270 AMITY ROAD | WOODBRIDGE CT 06525 | 203.389.0001 | GEOMATRIXPRODUCTIONS.COM



| Bill To | | Date | Invoice # |
|---|---|---|---|
| Koskoff, Koskoff & Bieder, P.C.<br>Kathleen Nastri, Esquire<br>350 Fairfield Avenue<br>Bridgeport, CT  06604 | | 2/28/2019 | 10774 |

| Description | Rate | Amount |
|---|---|---|
| Re:  March vs. United States of America | | |
| The Video Deposition of<br>Marko Lujic, M.D. recorded February 26, 2019 | 475.00 | 475.00T |
| SUBTOTAL: | | 475.00 |
| Expenses: Auto Mileage & Parking | 27.10 | 27.10 |

Thank you for your business.  Files delivered via emailed link.

Remit To:   Geomatrix Productions, Inc.
EIN:           26-0803275

| | |
|---|---|
| **Subtotal** | $502.10 |
| **Sales Tax  (6.35%)** | $30.16 |
| **Total** | $532.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $532.26 |

## SCRIBES, INC.

*445 GEORGE STREET*
*NEW HAVEN, CONNECTICUT 06511*
*(203) 785-8795*
*FAX (203) 785-9132*
*Employer Identification Number: 06-1241198*

KATHLEEN L. NASTRI, ESQ.
KOSKOFF, KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604

March  5, 2019

**Invoice#** 69976

**Balance:**     $515.90

**Re:** MARCH VS. USA
MARKO LUJIC, MD
*on* 02/26/19
*by* BONITA COHEN

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF MARKO P. LUJIC, MD | |
| ORIG & 1,  86 PAGES @ $4.35 | 374.10 |
| ATTENDANCE FEE | 85.00 |
| JURAT FEE | 15.00 |
| POSTAGE & HANDLING | 11.00 |
| 6.3500% Sales Tax: | 30.80 |
| P l e a s e    R e m i t    - - - >    Total Due: | $515.90 |

**Falzarano Court Reporters, LLC**

4 Somerset Lane Simsbury CT 06070
860.651.0258  Fax 860.658.4341
Tax ID 06-0978735
dolores@falzaranocourtreporters.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/24/2019 | 01900748 |

| BILL TO |
|---|
| Kathleen L. Nastri, Esq.<br>Koskoff Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 |

| IN RE: |
|---|
| ERIC MARCH JR and DINA MARCH<br>vs. USA<br>USDC<br>203.336.4421<br>knastri@koskoff.com |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 78 | 6/10/2019 | Stein-Eisenb... | Dr Suede | Kathleen Nastri |

| DESCRIPTION | AMOUNT |
|---|---|
| Depo of MOHAMAD MAHER SUEDE MD | |
| 1 Certified Transcript | 230.10T |
| E-Transcript Copy | 75.00T |
| Subtotal | 305.10 |
| | 19.37 |

| | **Total** | $324.47 |
|---|---|---|

**JSB-Advantage Court Reporters**
305 NE 1st Street
Gainesville, FL  32601
(352) 373-7778

Nastri, Kathleen L., Esquire
350 Fairfield Avenue
Bridgeport CT 6604

INVOICE NO:     990447
INVOICE DATE: 11/14/2019
REPORTER:     Jennifer Witwer

Tax ID#   59-3350517

3:17-cv-2028
Eric and Dina March v. USA
Depo of R Stephen Smith, MD

| Date | Description | Units | Rate | Amount |
|---|---|---|---|---|
| 10/29/2019 | Transcript Copy | 80.00 | 2.75 | 220.00 |
| | Exhibits (scanned) | 133.00 | 0.10 | 13.30 |
| | | | Sub Total: | 233.30 |
| | | | Paid: | 0.00 |
| | | | Balance Due: | 233.30 |

Thank you for your business!!
Visa/Mastercard/Discover--Terms:  Net 30 @1.5% (18% annually)
Collections will be filed in Alachua County where payment is due

# Falzarano Court Reporters, LLC

4 Somerset Lane Simsbury CT 06070
860.651.0258  Fax 860.658.4341
Tax ID 06-0978735
dolores@falzaranocourtreporters.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/10/2020 | 02000050 |

| BILL TO | IN RE: |
|---|---|
| Kathleen L. Nastri, Esq.<br>Koskoff Koskoff & Bieder, PC<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ERIC MARCH JR and DINA MARCH<br>vs. USA<br>USDC<br>203.336.4421<br>knastri@koskoff.com |

| PAGES | JOB DATE | REPORTER | DEPONENT | ATTORNEY |
|---|---|---|---|---|
| 66 | 12/10/2019 | Paradis | Gary Crakes | Kathleen NAstri |

| DESCRIPTION | AMOUNT |
|---|---|
| Depo of GARY M. CRAKEWS Ph.D. | |
| 1 Certified Transcript | 194.70T |
| E-Transcript Copy | 75.00T |
| Subtotal | 269.70 |
| | 17.13 |

| | Total | $286.83 |
|---|---|---|



# INVOICE

| | | |
|---|---|---|
| **Invoice No.** | **Invoice Date:** | **Payment Terms** |
| 130147186 | 4/6/2020 | Due upon receipt |
| **Job No.** | **Job Date:** | **Balance** |
| 300975 | 3/25/2020 | $934.70 |

U.S. Legal Support
1818 Market Street Suite 1400      - SEND TO
Philadelphia PA 19103
Phone: 877.479.2484  Fax: 877.876.9330

| **Case Name** |
|---|
| Eric March v. US of America |
| **Case No** |

Kathleen Nastri, Esquire
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport CT 06604

| **Job Location** | **Ordered By** | **Reference Info.** |
|---|---|---|
| *U.S. Legal Support, Inc. - Remote Video Conference. Reporter, Witness and all Parties will appear via Video Conference. | Kathleen Nastri, Esquire<br>Koskoff, Koskoff & Bieder, P.C.<br>350 Fairfield Avenue<br>Bridgeport CT 06604 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:Yuri W. Novitsky M.D. | | | | | |
| Original | 149.00 | $4.95 | $737.55 | $0.00 | $737.55 |
| Copy w/ Original | 1.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Reporter Appearance Fee | 1.00 | $125.00 | $125.00 | $0.00 | $125.00 |
| Expert Testimony | 149.00 | $0.35 | $52.15 | $0.00 | $52.15 |
| Handling, Processing & Archiving | 1.00 | Minimum | $0.00 | $0.00 | $0.00 |
| Shipping/Delivery | 1.00 | $20.00 | $20.00 | $0.00 | $20.00 |
| ( Taxable 0.00) | | | | | |
| | | | $934.70 | $0.00 | |

Online bill pay available at   https://corporatebillpay.uslegalsupport.com/

Thank you for your business!

| | |
|---|---|
| **Total Due** | **$934.70** |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $0.00 |
| (=) New Balance | $934.70 |

Tax ID : 76-0523238                                          Phone: 203-336-4421        Fax:203-368-3244

Invoice not paid by due date is subject to interest of 1 5% per month  We will make reasonable efforts to allocate payments properly  U S  Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts  Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer

*"Please detach bottom portion and return with payment."*

Kathleen Nastri, Esquire
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport CT 06604

| | |
|---|---|
| **Invoice No.** | 130147186 |
| **Invoice Date:** | 4/6/2020 |
| **Total Due** | $934.70 |
| **Job No.** | 300975 |
| **Case No:** | |

Remit To:    U S Legal Support, Inc.
             P.O. Box 4772
             Houston TX 77210-4772

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

INVOICE NO: 02005426

**MAKE CHECKS PAYABLE TO:**

Kathleen Nastri, Esq
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Phone:

Sharon Montini, RMR, FCRR
Official Court Reporter
United States District Court
915 Lafayette Blvd,
Bridgeport, CT 06604

Phone: (203) 865-8089

Tax ID: 26-2703126
sharon_montini@ctd.uscourts.gov

☐ CRIMINAL     ☒ CIVIL

DATE ORDERED: 10-22-2020
DATE DELIVERED: 10-28-2020

**Case Style:** , March v United States
Trial Transcript 10/19/20 - 10/22/20

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 714 | 4.85 | 3,462.90 | | | | | | | 3,462.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 3,462.90 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | 219.89 |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $3,682.79 |

ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                                        DATE

*(All previous editions of this form are cancelled and should be destroyed)*



**200 Main Street**
Ansonia, CT 06401
Tel 203-685-2831

CG18-0406-KKB14

# INVOICE

**Customer**
| | |
|---|---|
| Name | Koskoff, Koskoff & Bieder PC |
| Address | 350 Fairfield Avenue |
| City | Bridgeport   State CT   Zip 06604 |
| Phone | 203 336-4421 |

| | |
|---|---|
| Invoice Date | 04/06/18 |
| Contact | Pat Harris |
| Reimbursable | |
| Job No, | March |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 2666.00 | Scans | 0.37 | $ 986.42 |
| 26.00 | Tabbed dividers | 5.00 | $ 130.00 |
| 2.00 | Media Storage | 35.00 | $ 70.00 |
| | RE: Eric March 9 Notebooks | | |
| | | Subtotal | $ 1,186.42 |
| | | Tax 6.35% | $ 75.34 |
| | | TOTAL | $ 1,261.76 |

**MAKE ALL CHECKS PAYABLE TO:**

**Copy Graphics**
C/O Fletcher-Thompson, Inc.
200 Main Street 3rd Floor
Ansonia, CT 06401

Office Use Only

Invoice terms are NET 30 Days from the invoice date. Past due accounts are subject to 1% per month finance charge (Annual percentage rate of 12%).