UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC MARCH, JR., et al., | : | No. 3:17-cv-2028 (VAB) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | SEPTEMBER 14, 2021 |
| Defendant. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Eric March and Dina March, and the Federal Defendant, United States of America, including its agents, servants, and employees, hereby notify the Court that this matter is settled and stipulate to a dismissal of the above-captioned action with prejudice, no interest or costs.

Respectfully submitted,

Plaintiffs,
By Their Attorneys

Kathleen Nastri
Federal Bar No. ct01704
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
TEL: 203-336-4421
FAX: 203-368-3244

Date: 09/14/2021

Defendant
By Its Attorneys,

LEONARD C BOYLE
Acting United States Attorney

Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email:
Natalie.Elicker@usdoj.gov

Date: 9/14/2021